IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID WAYNE ALBRIGHT, | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 1:12-cv-922-MEF |
| WALLY OLSON, *et al.*, | ) |
|    Defendants. | ) |

# **O R D E R**

On December 18, 2012, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

DONE this the 9th day of January, 2013.

                                                            /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE